

# NUMBER 13-15-00576-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GREGG BARTHELMAN,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                                    Appellee.

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the record and appellant's brief. Appellant's

brief was filed on March 21, 2016. The State has not filed a brief. The Court, having

fully examined the record and appellant's brief hereby ORDERS the State to file its brief

within twenty days of this Court's order.[1]

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of July, 2016.

---

[1] Justice Rodriguez dissents from the issuance of this order.